

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Justin Jordan v. Benjamin Hall

Appellate case number:    01-16-00430-CV

Trial court case number:  2015-64275

Trial court:              11th District Court of Harris County

On June 27, 2016, appellant filed a motion for extension of time to file his brief. The motion is GRANTED. Appellant's brief is due on **or before July 30, 2016**. No further extensions will be granted absent extraordinary circumstances.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                    ☑ Acting individually    ☐ Acting for the Court

Date: July 12, 2016